UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TIME WARNER CABLE OF NEW YORK CITY,
a division of Time Warner Entertainment Co., L.P.,          01 Civ. 2487 (FB)(VVP)

                          Plaintiff,          **JUDGMENT**

            - against -

RAYMOND BARRERA,

                        Defendants.
----------------------------------------------------------X

      An Order of the Honorable Frederic Bloc, United States District Judge, having been executed on July 29, 2002; with no objections having been filed; adopting the June 18, 2002, Report and Recommendation of the Honorable Viktor V. Pohorelsky, United States Magistrate Judge, entering Judgment against defendant Raymond Barrera in the amount of $9,683.50, comprised of $8,120.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $1,473.50 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii); it is hereby

      ORDERED and ADJUDGED that the June 18, 2002, Report and Recommendation of the Honorable Viktor V. Pohorelsky, United States Magistrate Judge, be adopted; and that judgment is entered in favor of the plaintiff, Time Warner Cable of New York City, against defendant Raymond Barrera in the amount of $9,683.50, comprised of $8,120.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $1,473.50 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii).

Dated: Brooklyn, New York
       9/14/05, 2005

                                           ~~Robert C. Heinemann~~ USDJ
                                           ~~Clerk of the Court~~